IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CLINT PHILLIPS III,  *Plaintiff*,  v.  UNITED STATES, et al.,  *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) No. 4:25-cv-01246-JMD |

**MEMORANDUM AND ORDER**

In August 2025, Clint Phillips III, a self-represented litigant, filed a complaint, a request to pay a reduced filing fee, and a motion for appointment of counsel. ECF 1, 2, 3. Four months later, Phillips moved for summary judgment. ECF 9. For the reasons set forth below, the Court denies all pending motions.

**I.  Background**

Phillips has filed over 70 cases in this Court since 2010. *See Phillips v. Unknown Lawton, et al.*, No. 4:25-cv-00221-SEP, ECF 6 (E.D. Mo. Jul. 2, 2025). In the present action, he sues the United States and several employees of the Department of Veterans Affairs for alleged civil rights violations. ECF 1 at 1–3.

Phillips has accrued three or more "strikes" under 28 U.S.C. § 1915(g) based on prior actions dismissed as frivolous, malicious, or for failure to state a claim. However, because Phillips was not incarcerated when he filed this action, § 1915(g) does not apply.

1

**II.     Filing fee**

In a handwritten "Memorandum for Clerk," Phillips asks the Court to assess a reduced filing fee. ECF 2. The Court construes the request as a motion to proceed *in forma pauperis*.

Congress requires federal courts to collect a filing fee from any party instituting a civil action. 28 U.S.C. § 1914. A court may waive prepayment of that fee for a litigant who demonstrates an inability to pay. 28 U.S.C. § 1915(a)(1). When the Court grants such a waiver, the plaintiff may proceed *in forma pauperis*.

To obtain this status, a non-prisoner litigant must file a motion supported by an affidavit demonstrating an inability to pay. If the Court determines that the litigant lacks sufficient financial resources, it waives the filing fee entirely.

Local Rule 2.06(A) requires "self-represented plaintiffs or petitioners" to use "Court-provided forms where applicable." Because Phillips did not submit his request on the required form, the Court denies the request. If Phillips wishes to pursue this action, he must either (1) pay the full $405 filing fee or (2) file a renewed *in forma pauperis* motion on the enclosed Court-provided form within 14 days.

**III.    Motion for appointment of counsel**

Phillips requests appointed counsel to assist him with this litigation. ECF 3. In civil cases, self-represented litigants have no "constitutional or statutory right to appointed counsel." *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam) (citation omitted). Even so, a district court may appoint counsel where the claims are non-frivolous and the litigation "will benefit from the assistance of counsel." *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018) (quoting *Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986)).

Appointment of counsel is not warranted at this time. Until Phillips either pays the filing fee or properly obtains *in forma pauperis* status, the Court cannot assess the merits of his complaint or determine whether the litigation would benefit from the assistance of counsel. The Court therefore denies Phillips's motion for appointment of counsel without prejudice.

## IV.    Motion for summary judgment

Phillips also moves for summary judgment. ECF 9. The Court has yet to determine whether Phillips qualifies for *in forma pauperis* status or to complete screening under 28 U.S.C. § 1915, if applicable. Federal Rule of Civil Procedure 56 governs summary judgment and requires a developed factual record and proper notice to the opposing party. Fed. R. Civ. P. 56(c), (f). Because this action has not reached that stage, the Court denies Phillips's motion as premature.

## V.    Conclusion

For the foregoing reasons, the Court denies all pending motions.

Accordingly,

**IT IS HEREBY ORDERED** that Phillips's motion to proceed *in forma pauperis*, ECF 2, motion for appointment of counsel, ECF 3, and motion for summary judgment, ECF 9, are **DENIED**.

**IT IS FURTHER ORDERED** that if Phillips wishes to pursue this action, he must, no later than February 12, 2026, either (1) pay the full $405 filing fee or (2) file a renewed *in forma pauperis* motion on the enclosed form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Phillips a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs.

Phillips's failure to comply with this order may result in the dismissal of this action without prejudice and without further notice.

Dated this 29th day of January, 2026.

                                                                      _____
                                                                      JOSHUA M. DIVINE
                                                                       UNITED STATES DISTRICT JUDGE