IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| UNITED STATES ET AL., | ) No. 4:25-cv-01246-JMD ) |
| *Defendant*. | ) ) ) ) ) |

**MEMORANDUM AND ORDER**

On January 29, 2026, the Court entered the following order: "If [Clint] Phillips wishes to pursue this action, he must either (1) pay the full $405 filing fee or (2) file a renewed *in forma pauperis motion* on the enclosed Court-provided form within 14 days." ECF 10 at 2. Phillips did not respond to this order. The 14-day window has now expired.

The Court gave Phillips clear instructions and ample opportunity for compliance. He nevertheless failed to pay the filing fee or file a renewed motion as ordered. For this reason, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice under Rule 41(b). A separate order of dismissal accompanies this memorandum and order.

Dated this 13th day of February, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE